IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LANA CORDNER, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-1296-TWT |

**ORDER**

This is a pro se civil action against the attorneys involved in the Plaintiffs' foreclosure proceedings. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending dismissing this action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 4 day of December, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Cordner\r&r.wpd